# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAO GROUP, INC., a Utah corporation,<br><br>   Plaintiff,<br><br>v.<br><br>HERAEUS KULZER, LLC (MITSUI CHEMICALS GROUP), an Indiana corporation,<br><br>   Defendant. | **ORDER<br>GRANTING MOTION<br>FOR AN EXTENSION OF TIME TO<br>EXTEND DEADLINES**<br><br>Case No.: 2:15cv00068-RJS<br><br>Judge Robert J. Shelby |

Currently before the Court is Plaintiff CAO Group, Inc.'s Unopposed Motion for an Order Extending the deadlines for CAO to Respond to Counterclaims and serve its Initial Disclosures, for Defendant Heraeus Kulzer, LLC (Mitsui Chemicals Group) ("Heraeus Kulzer") file its Initial Disclosures, and for holding an Initial Scheduling Conference.  For good cause shown:

IT IS HEREBY ORDERED that said Motion is GRANTED.

Plaintiff CAO's Answer or Response to the Counterclaims and its Initial Disclosures shall be filed and served no later than Wednesday, April 22, 2015.

Defendant Heraeus Kulzer's Initial Disclosures shall be served no later than Wednesday, April 29, 2015.

The Initial Scheduling Conference shall be held no later than Wednesday, May 6, 2015.

DATED this 23rd day of March, 2015.

_____
U.S. District Court Judge Robert J. Shelby