Edgar R. Cataxinos (Utah State Bar No. 07162)
ERCataxinos@traskbritt.com
J. Jeffrey Gunn (Utah State Bar No. 10731)
JJGunn@traskbritt.com
Stephen E. Pulley (Utah State Bar No. 13843)
SEPulley@traskbritt.com
**TRASKBRITT, PC**
230 South 500 East # 300
Salt Lake City, Utah 84102
Telephone: (801) 532-1922
Facsimile: (801) 531-9168

*Attorneys for Plaintiff, CAO GROUP, INC.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CAO GROUP, INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>HERAEUS KULZER, LLC (MITSUI CHEMICALS GROUP), an Indiana corporation,<br><br>Defendant. | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No.: 2:15cv00068-RJS<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

Plaintiff CAO GROUP, INC. and Defendant HERAEUS KULZER, LLC (MITSUI CHEMICALS GROUP), pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees.

A Proposed Order of Dismissal with Prejudice is submitted herewith.

DATED this 1st day of October, 2015

        TRASKBRITT, PC


        /s/ Edgar R. Cataxinos
        Edgar R. Cataxinos

        *Attorney for Plaintiff CAO Group*


        PARR BROWN GEE & LOVELESS


        /s/ Chad S. Pehrson
        Chad S. Pehrson

        *Attorneys for Defendant, Heraeus Kulzer,*
        *LLC (Mitsui Chemicals Group)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1st, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and sent notification of such filing and a copy of the foregoing to the following address:

Terry E. Welch (5819)
Chad S. Pehrson (12622)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: (801) 532-7840
twelch@parrbrown.com
cpehrson@parrbrown.com

Robert Mahoney
Kurt G. Briscoe
Danielle M. DeFilippis
NORRIS MCLAUGHLIN & MARCUS, P.A.
875 Third Ave, 8th Floor
New York, NY 10022
rmahoney@nmmlaw.com
kgbriscoe@nmmlaw.com
dmdefilippis@nmmlaw.com

Attorneys for Defendant, Heraeus Kulzer, LLC (Mitsui Chemicals Group)

/s/ Edgar R. Cataxinos
Edgar R. Cataxinos