IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CAO GROUP, INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>HERAEUS KULZER, LLC (MITSUI CHEMICALS GROUP), an Indiana corporation,<br><br>Defendant. | **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:15-cv-00068<br><br>Judge Robert J. Shelby |

For good cause appearing, the Stipulated Motion for Dismissal with Prejudice (Dkt. 30) of all claims and counterclaims asserted between Plaintiff CAO Group, Inc. and Defendant Heraeus Kulzer, LLC (Mitsui Chemicals Group) is GRANTED. It is ORDERED that all claims asserted in this suit between Plaintiff CAO Group, Inc. and Defendant Heraeus Kulzer, LLC are DISMISSED WITH PREJUDICE. Each party bears its own costs, expenses, and attorney fees.

SO ORDERED this 2nd day of October, 2015.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge